# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**JANICE WASHINGTON**                                                        **PLAINTIFF**

**v.**                                                 **Cause No. 3:12-CV-504-CWR-FKB**

**CAROLYN W. COLVIN,**
**COMMISSIONER OF SOCIAL SECURITY**                                **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge F. Keith Ball entered on July 28, 2013 [Docket No. 15], which clearly notified the respective parties in the above-styled and numbered cause that failure to file written objections to the findings and recommendations contained therein within fourteen (14) days of being served would bar further appeal in accordance with 28 U.S.C. § 636 and Fed. R. Civ. P. 72(b)(2).  This Court, finding that there has been no submission of written objections by any party, hereby adopts the Report and Recommendation as the order of this Court and grants the defendant's motion to affirm [Docket No. 13].

SO ORDERED, this the 26th day of August, 2013.

                                               s/Carlton W. Reeves
                                               UNITED STATES DISTRICT JUDGE